EDWARD J. QUINN, Appellant, *v.* THOMAS MCCOCHRANE, Respondent.

*R al property — forcible entry and detainer — failure to prove damage.*

Quinn v. McCochrane, 210 App. Div. 569, affirmed.

(Argued May 8, 1925; decided June 2, 1925.)

APPEAL from a judgment, entered December 5, 1924, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The action was to recover for an alleged forcible entry and detainer. The evidence showed that during all of the period defendant was in possession he paid the rent and there was no evidence to show that the use of the premises was worth more than the rent reserved.

*James Farrell* for appellant.

*P. C. Dugan* and *Abbott H. Jones* for respondent.

Judgment affirmed, with costs, on the ground that independent of any other question there was no proof of damages.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.